UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN THOMAS GORDON, | No. 2:24-cv-2741 CSK P |
| Plaintiff, | |
| v. | ORDER |
| JIM COOPER, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. However, plaintiff did not file a complete in forma pauperis application.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The application is missing page two and does not bear plaintiff's signature. Fed. R. Civ. P. 11(a) (every court filing must bear the litigant's signature). Plaintiff is provided the opportunity to submit a complete application in support of his request to proceed in forma pauperis that bears his signature.

Plaintiff is cautioned that the in forma pauperis application form also includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

filing of this action.  Plaintiff included a copy of his inmate trust account statement (ECF No. 2 at 2), but the document is not certified.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, a complete application to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  October 9, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gord2741.3a

2