UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN THOMAS GORDON,<br><br>Plaintiff,<br><br>v.<br><br>JIM COOPER, et al.,<br><br>Defendants. | No. 2:24-cv-2741 CSK P<br><br><br><br>ORDER |

     Plaintiff is a county jail inmate proceeding pro se. On October 24, 2024, defendant Jim Cooper filed a notice of appearance and a request that the Court screen plaintiff's complaint. (ECF Nos. 8, 9.) On October 25, 2024, plaintiff filed a notice asking the Court to confirm that Securas Technologies is included as a defendant because the Consent to Proceed to the U.S. Magistrate Judge's jurisdiction and the recent filings by defendant Cooper did not reference Securas Technologies in the case caption. (ECF No. 11.) Both of these filings crossed in the mail with this Court's October 24, 2024 order screening plaintiff's complaint. (ECF No. 6.) Such order clearly addressed plaintiff's allegations against defendant Securas Technologies. (Id.) Plaintiff is advised that after a complaint is filed, the parties may use a short form caption. Fed. R. Civ. P. 10(a). Thus, while plaintiff is required to list all defendants in the title of his complaint (or amended complaint), subsequent Court orders will simply refer to Gordon v. Cooper, et al.

///

Accordingly, IT IS HEREBY ORDERED that defendant Cooper's request for screening (ECF No. 9) is denied as moot.

Dated: November 6, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gord2741.den