UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN THOMAS GORDON,<br><br>    Plaintiff,<br><br>  v.<br><br>JIM COOPER, et al.,<br><br>    Defendants. | No. 2:24-cv-2741 CSK P<br><br><br>ORDER |

Plaintiff filed a first motion for extension of time to file an amended complaint. Pursuant to the October 24, 2024 order, plaintiff's amended complaint was due on or before November 23, 2024. Thirty days from that deadline is December 24, 2024. Accordingly, IT IS HEREBY ORDERED that:

 1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

 2. Plaintiff shall file his amended complaint on or before December 24, 2024. Failure to timely file an amended complaint may result in the dismissal of this action.

Dated:  November 12, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gord2741.36

1