1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      DUSTIN THOMAS GORDON,                        No.  2:24-cv-2741 CSK P

12               Plaintiff,

13          v.                                        ORDER AND FINDINGS &
                                                      RECOMMENDATIONS
14      JIM COOPER, et al.,

15               Defendants.

16

17          By order filed May 1, 2025, plaintiff's amended complaint was dismissed, and thirty days

18   leave to file a second amended complaint was granted.  Thirty days from that date have now

19   passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the

20   court's order.

21          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

22   directed to assign a district judge to this case; and

23          IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

24   110; Fed. R. Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court and serve a copy on all parties.  Such a document should be captioned

                                                 1

"Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 12, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gord2741.fta

2